NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANTONIO J. ORNELAS and BETTY OSWALD, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HOOPER HOLMES, INC., a New Jersey Profit Corporation, HOOPER HOLMES, INC., d/b/a PORTAMEDIC, A New Jersey Profit Corporation and HOOPER INFORMATION SERVICES, INC., a New Jersey Profit Corporation, <br><br> Defendants. | Civil Action No. 12-cv-3106 (JAP) <br><br> **ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

PISANO, District Judge

This matter having come before the Court on the report and recommendation of the Honorable Douglas E. Arpert, United States Magistrate Judge, filed on August 1, 2014 [docket #54] with regard to Plaintiffs, Antonio J. Ornelas and Betty Oswald (collectively "Plaintiffs") motion to: (1) conditionally certify a collective action and facilitate notice to potential class members; and (2) equitably toll the statute of limitations [docket #49]. Defendants timely filed objections to the report and recommendation pursuant to L. Civ. R. 72.1(c) [docket #57, 58], to which Plaintiffs opposed [docket #59]. This Court has reviewed the report and recommendation *de novo* and agrees in all aspects with Judge Arpert's reasoning. For the reasons set forth in detail in the report and recommendation and the opinion filed herewith, and for good cause shown,

**IT IS** on this 12th day of December, 2014,

**ORDERED** that Defendants' objections to the report and recommendation are overruled; and it is further

**ORDERED** that the report and recommendation of Magistrate Judge Arpert filed on August 1, 2014 [docket #54], is hereby ADOPTED as the findings of fact and conclusions of law of this Court; accordingly it is further

**ORDERED** that Plaintiff's motion for conditional certification and equitable tolling [docket #49] is GRANTED as set forth in the report and recommendation and opinion filed herewith.

**SO ORDERED.**

/s/ JOEL A. PISANO
United States District Judge